*Brantingham's Case.*

THE defendant, having been surrendered in dis-
charge of his bail, and thereupon committed to cus-
tody, the plaintiff proceeded to judgment, but suf-
fered *more than three months to elapse* after judgment
was entered, without charging the defendant in exe-
cution.   He was then summoned before his honour
Mr. *Justice Benson*, at his chambers, to show cause
why a *supersedeas* should not issue, because he had
not charged the defendant in execution, within the
time prescribed by the 12th section of the act, enti-
tled " An act for the relief of debtors, with respect
" to the imprisonment of their persons," passed the
13th of *February*, 1789.   The plaintiff, after notice
of the application, and before the time of attendance,
charged the defendant in execution, and on the hear-
ing, showed that for cause.

His honour *Judge Benson*, reserved the question,
and stated the case to the judges at a conference, at
which they were all present.

They were of opinion that a *supersedeas* ought not
to be allowed :   That the intent of the statute was to
enable the defendant to put the plaintiff to his elec-
tion, either to charge the defendant's body in exe-
cution, or to resort to his estate ; and the plaintiff
having made his election before the *supersedeas* was
allowed, the defendant was not entitled to his dis-
charge.